**RECEIVED**
SEP 2 3 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JULIO VIRGEN** | * | **CIVIL NO. 6:15-0465** |
| **VERSUS** | * | **JUDGE DOHERTY** |
| **CONRAD INDUSTRIES, INC., ET AL** | * | **MAGISTRATE JUDGE ~~HILL~~ WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Motion of Impact Marine & Industrial Services, LLC to Dismiss Pursuant to Rule 12(b)(6) [rec. doc. 11] is **DENIED**.

Lafayette, Louisiana, this 23 day of September, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE